| | | |
|---|---|---|
| ATTORNEY GRIEVANCE COMMISSION | * | IN THE |
| | * | SUPREME COURT |
| | * | OF MARYLAND |
| v. | * | AG Docket No.10 September Term, 2022 |
| EDUARDO VIDÁL GONZÁLEZ y TORRES | * | |
| | * | Case No. C-22-CV-22-000257 |
| | * | Circuit Court for Wicomico County |

**O R D E R**

The Attorney Grievance Commission of Maryland and the Respondent, Eduardo Vidál González y Torres, have jointly petitioned the Court to suspend the Respondent from the practice of law in Maryland for 60 days for violations of 8 C.F.R. § 1003.102(c) (o), (q)(2) and (3), and (r)(2), but with the execution of that disposition stayed for a 12-month period of probation subject to the terms and conditions of the parties' probation agreement. Upon consideration of the joint petition, it is this 16th day of December 2022, by the Supreme Court of Maryland,

ORDERED that the Respondent is suspended from the practice of law for 60 days; and it is further

ORDERED that the execution of the suspension is STAYED for twelve months subject to respondent's compliance with the terms and conditions of his probation agreement.

Pursuant to the Maryland Uniform Electronic Legal Materials Act (§§ 10-1601 et seq. of the State Government Article) this document is authentic.



/s/ Matthew J. Fader
Chief Justice

Gregory Hilton, Clerk